| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANATOLIY SMOTKIN,

    Plaintiff,

v.

Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director,

    Defendants.

No. C 06-6986 EMC

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip to Dismiss
C 06-6986 EMC

1 | Dated: December 28, 2006 | Respectfully submitted,
2 | | KEVIN V. RYAN
  | | United States Attorney
3 |
4 |
5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorney for Defendants
7 |
8 | Dated: December 28, 2006 | _____/s/_____
  | | MONICA KANE
9 | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    January 8, 2007

EDWA[RD M. CHEN]
Unite[d States Magistrate Judge]

IT IS SO ORDERED
Judge Edward M. Chen

Stip to Dismiss
C 06-6986 EMC